UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN CAVANAUGH, on behalf of
himself and all others similarly situated

       Plaintiff,

v.                                                    Case No:  2:13-cv-633-FtM-38DNF

SENTRY MANAGEMENT INC. and
JAMES W. HART, JR.,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court upon consideration of the Magistrate Judge's Report and Recommendation (Doc. #29) filed on May 1, 2014, recommending that (1) the Parties Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice (Doc. #28) be granted; (2) the Settlement Agreement (Doc. #28-1) be approved by the Court as a "fair and reasonable resolution of a bona fide dispute" of the FLSA issues; (3) upon receipt of the settlement proceeds, counsel for Plaintiff reimburse the Court for the filing fee of $400.00, and reimburse the U.S. Marshal's Service $82.00 for service of process; and (4) if the Court adopts the Report and Recommendation that this case be dismissed with prejudice and that the file be closed. No objections have been filed.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982); cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. Report and Recommendation (Doc. #29) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. The Parties Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice (Doc. #28) is **GRANTED**. The Settlement Agreement (Doc. #28-1) is approved by the Court as a "fair and reasonable resolution of a bona fide dispute" of the FLSA issues.

3. Upon receipt of the settlement proceeds, counsel for Plaintiff shall within three business days reimburse the Court $400 for the filing fee and the U.S. Marshal's Service $82.00 for service of process.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close the file and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record